# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD VARMECKY,** | : | **CIVIL ACTION NO. 1:04-CV-1458** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **RITE AID CORPORATION, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of May, 2005, upon consideration of correspondence from counsel requesting reference of the above-captioned case to mediation, and it appearing that appointment of a mediator and completion of the mediation process constitute "good cause" for a postponement of case management deadlines in the above-captioned case, see FED. R. CIV. P. 16(b), it is hereby ORDERED that:

1. All deadlines set forth in previous case management orders are POSTPONED indefinitely pending completion of the mediation process.

2. The parties shall, if settlement is not achieved, file a joint proposed case management order within fifteen (15) days after completion of the mediation process.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge